IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

(Charlottesville Division)

|  |  |
|---|---|
| ANTIGONE GRANT, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No: 3:20-cv-00026 |
| ALBEMARLE COUNTY | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, ANTIGONE GRANT, and Defendant, ALBEMARLE COUNTY, by and through their undersigned counsel, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the entire action and all claims in Plaintiff's Third Amended Complaint are hereby dismissed with prejudice as to future action, subject only to the Court's continuing jurisdiction to enforce the terms of the parties' settlement agreement under *Kokkonen v. Guardian Life Ins. of America*, 511 U.S. 375 (1994).

Agreed and stipulated this 12th day of May 2022.

**ANTIGONE GRANT,**
**Plaintiff**

By  s/Rachel C. McFarland
Rachel C. McFarland (VSB No. 89391)
Caroline F. Klosko (VSB No. 78699)
Benjamin L. Apt (admitted *pro hac vice*)
Legal Aid Justice Center
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
Tel. 434-977-0553
Fax. 434-977-0558

Email: rmcfarland@justice4all.org
carrie@justice4all.org
ben@justice4all.org

*Counsel for Plaintiff*

**ALBEMARLE COUNTY**
**Defendant**

By /s/    Jim Guynn
Jim H. Guynn, Jr. (VSB # 22299)
Emily Kristin Stubblefield (VSB # 96164)
Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
emilys@guynnwaddell.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of May 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jim H. Guynn, Jr. (VSB # 22299)
Emily Kristin Stubblefield (VSB # 96164)
Guynn, Waddell, Carroll & Lockaby, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax: 540-389-2350
Email: jimg@guynnwaddell.com
emilys@guynnwaddell.com
*Attorney for Defendant*

  /s/Rachel C. McFarland
Rachel C. McFarland, VSB #89391
LEGAL AID JUSTICE CENTER

1000 Preston Avenue, Suite A
Charlottesville, VA 22903
Phone: 434-977-0553
Fax: 434-977-0558
Email: rmcfarland@justice4all.org
*Attorney for Plaintiff*