IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

(Charlottesville Division)

| | |
|---|---|
| ANTIGONE GRANT, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No: 3:20-cv-00026 |
| ALBEMARLE COUNTY | ) |
| Defendant. | ) |

### Order

The Parties having settled this matter and having stipulated to the dismissal of this case, it is hereby:

**ORDERED AND ADJUDGED** that this case is dismissed with prejudice, subject to this Court's retention of jurisdiction to enforce, if necessary, the Parties' compliance with the terms of the settlement agreement as outlined in the Stipulation of Dismissal, Dkt. No. 113, and pursuant to *Kokkonen v. Guardian Life Ins. of America*, 511 U.S. 375 (1994).

IT IS SO ORDERED.

Entered this  16th day of  May   2022.

_____
Norman K Moon
Senior United States District Judge